UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREA HARRISON,

Plaintiff,

v. Case No: 8:25-cv-03263-JLB-AAS

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________________/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 24), recommending that the Commissioner's decision be **REMANDED**. No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and made a part of this Order for all purposes.

2. The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g), and this case is hereby **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation and this Order.

3. The Clerk is **DIRECTED** to enter a separate judgment in favor of the Claimant, deny all pending motions as moot, terminate any deadlines, and close the file.

**ORDERED** in Tampa, Florida, on September 29, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE